UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE OLIVARES,

           Plaintiff,                        Case No. 21-cv-10934
                                                  Hon. Matthew F. Leitman

v.

MICHAEL F. GODOLA, *et al.*,

           Defendants.

_____/

## ORDER DIRECTING PLAINTIFF TO PAY THE REQUIRED FILING FEE OR COMPLETE AN APPLICATION TO PROCEED IN FORMA PAUPERIS

On April 15, 2021, Plaintiff Jose Olivares filed this civil-rights action against the Defendants. (*See* Compl., ECF No. 1.)  When Olivares filed his Complaint, he neither paid the required filing fee nor submitted an application to proceed *in forma pauperis* ("IFP").  The Court thereafter issued a deficiency notice to Olivares informing him that he had failed to pay the required fee. (*See* Dkt.)  To date, Olivares has still not paid the filing fee or submitted a signed IFP application to the Court.

Accordingly, **IT IS HEREBY ORDERED** that, by no later than **August 30, 2021**, Olivares shall either (1) pay the required filing fee or (2) file a completed and signed IFP application with the Court.  For Olivares' convenience, the Court will include a blank IFP application when it mails him a copy of this order.

If Olivares fails to comply with this order, the Court will dismiss this action without prejudice**.**

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 20, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-3794